**Order entered October 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01077-CV
## No. 05-18-01078-CV

### IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422 and 31609-422**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 17, 2018 petition for writ of mandamus.

/s/     BILL WHITEHILL
        JUSTICE